IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIFFANY REYNOLDS,                           3:16-cv-01935-YY

                   Plaintiff,               ORDER

v.

PRINCETON PROPERTY MANAGEMENT,
INC., a domestic corporation; and
FREDDY LUNT, an individual,

                   Defendants.

BROWN, Judge.

        Magistrate Judge Youlee Yim You issued Findings and

Recommendation (#26) on June 14, 2017, in which she recommends

this Court grant in part and deny in part the Motion (#10) to

Dismiss filed by Defendants Princeton Property Management, Inc.,

and Freddy Lunt.  The matter is now before this Court pursuant to

28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure

72(b).

        Because no objections to the Magistrate Judge's Findings and

Recommendation were timely filed, this Court is relieved of its

obligation to review the record *de novo*.  *See Dawson v. Marshall*,

561 F.3d 930, 932 (9th Cir. 2009).  *See also United States v.*

1 - ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).
Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge You's Findings and Recommendation (#26). Accordingly, the Court **GRANTS in part** and **DENIES in part** Defendants' Motion (#10) to Dismiss as follows:

1. The Court **DENIES** Defendants' Motion to Dismiss Plaintiff's Complaint for failure to serve Defendants timely, and

2. The Court **GRANTS** Defendants' Motion to Dismiss and **DISMISSES with prejudice** Plaintiff's Second and Fourth Claims (the state-law claims), which include the aiding and abetting counts asserted against Defendant Lunt individually, on the grounds that such claims were not timely filed and are barred under Oregon law.

The Court returns this matter to the Magistrate Judge for further proceedings on the remaining claims.

IT IS SO ORDERED.

DATED this 7th day of July, 2017.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge